United States District Court

Western District of Texas

Austin

Deficiency Notice

| To: | Gervasi, Alexa L. |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, June 9, 2026 |
| Re: | 01:26-CV-01518-RP / Doc # 1 / Filed On: 06/05/2026 |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document IMMEDIATELY.  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.

Pursuant to local rule CV-65, "An application for a temporary restraining order for a preliminary injunction shall be made in an instrument separate from the Petition.".  Please note that you will need to file a separate motion and proposed order if you still are requesting a Preliminary Injunction.