**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| PROPERTY OWNERS WITHSTANDING ETJ RETRACTIONS; and THE SCHOENSTATT MOVEMENT OF AUSTIN, <br><br> *Plaintiffs,* <br><br> v. <br><br> CITY OF AUSTIN; T.C. BROADNAX, *in his official capacity* as City Manager; and KEITH MARS, *in his official capacity* as Director of Development Services Department, <br><br> *Defendants.* | Civil Action No. 1:26-cv-01518-RP |

**[PROPOSED] ORDER GRANTING EXPEDITED CONSIDERATION AND
SETTING BRIEFING ON MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Motion for Preliminary Injunction and Request for Expedited Consideration. Having considered the Motion, the Court finds that expedited consideration is warranted. It is therefore ORDERED that:

(1) Plaintiffs' request for expedited consideration is GRANTED;

(2) Defendants shall file any response to the Motion for Preliminary Injunction on or before June 22, 2026;

(3) Plaintiffs may file any reply within three (3) days of Defendants' response; and

(4) The Motion is set for hearing on _____, 2026, at _____ ___.m.

SIGNED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE