**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| PROPERTY OWNERS WITHSTANDING ETJ RETRACTIONS; and THE SCHOENSTATT MOVEMENT OF AUSTIN,<br><br>*Plaintiffs,*<br><br>v.<br><br>CITY OF AUSTIN; T.C. BROADNAX, *in his official capacity* as City Manager; and KEITH MARS, *in his official capacity* as Director of Development Services Department,<br><br>*Defendants.* | Civil Action No. 1:26-cv-01518-RP |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs' Motion for Preliminary Injunction. Having considered the Motion, any response, the record, the arguments of counsel, and the applicable law, the Court finds that Plaintiffs have established each prerequisite for preliminary injunctive relief. Accordingly, IT IS ORDERED that:

(1) Plaintiffs' Motion for Preliminary Injunction is GRANTED.

(2) The City of Austin, and its officers, agents, servants, employees, and attorneys are ENJOINED, pending final judgment in this action, from enforcing its March 2026 retraction of its prior releases of properties from the City's extraterritorial jurisdiction based on the properties' proximity to Bee Caves Armory (the "Released Properties").

(3) Without limiting the foregoing, the City is ENJOINED from: (a) treating any Released Property as within the City's extraterritorial jurisdiction; (b) asserting or exercising extraterritorial-jurisdiction or land-use regulatory authority over any Released

Property; (c) taking or threatening enforcement action against any Released Property under the City's regulations; or (d) imposing or threatening any civil or criminal penalty against any owner of a Released Property for conduct that complies with the regulations of Travis County and the State of Texas.

(4) The Released Properties shall be treated as released from, and outside of, the City's extraterritorial jurisdiction, and as subject to the exclusive regulatory jurisdiction of Travis County, to the same extent as immediately before the City issued its retraction letters in March 2026.

(5) This Order applies to all Released Properties and their owners, whether or not the owner is a named party to this action or a member of a named party, so that complete relief is afforded without the need for piecemeal enforcement.

(6) This Order is effective immediately and shall remain in effect until final judgment or further order of the Court.

SIGNED this _____ day of _____, 2026.

_____
UNITED STATES DISTRICT JUDGE